**Opinion issued June 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01024-CV

————————————

**CHARLES VEACH, Appellant**

**V.**

**LANDRY'S, INC. DOWNTOWN AQUARIUM, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2016-18324

## MEMORANDUM OPINION

Appellant, Charles Veach, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellant's brief was originally due on January 2, 2019, but this Court granted appellant an extension to March 16, 2019. On April 4, 2019, after appellant

failed to file his brief, this Court notified appellant that his appeal might be dismissed for want of prosecution unless his brief was filed within 10 days. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Appellant failed to respond and a brief has not been filed. Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.